# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156372 & (14)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAQUAN JEREMY WATSON,
      Defendant-Appellant.

SC: 156372
COA: 337250
Ingham CC: 15-000592-FH

_____/

On order of the Court, the application for leave to appeal the July 18, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for appointment of counsel is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2018



Clerk

s0625